

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-19-00552-CR

Kenneth **GARNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0974
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant has filed a motion requesting permission to file an out of time appeal relating to Cause No. 2014-CR-0974. According to the exhibits included with appellant's motion, sentence was imposed in Cause No. 2014-CR-0974 on May 26, 2015. A hearing on appellant's motion for new trial was held on July 16, 2015. A notice of appeal was due to be filed by August 24, 2015.

Appellant's motion for leave to file an out of time appeal is DENIED. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (an appellate court may not suspend the rules to alter the time for perfecting an appeal); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court